U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 17 2022

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. §§ 922(g)(1) |
| VERSUS | * | 18 U.S.C. § 924(d)(1) |
| | * | 28 U.S.C. § 2461(c) |
| TREYMON D. REED | * | |

**INDICTMENT**

1:22-cr-00036-01
Judge Joseph
Magistrate Judge Perez-Montes

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

**POSSESSION OF AMMUNITION
BY A CONVICTED FELON
[18 U.S.C. § 922(g)(1)]**

On or about September 15, 2020, at or near Alexandria, Louisiana, in the Western District of Louisiana, the defendant, TREYMON D. REED, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, in and affecting interstate commerce, to-wit: two rounds of ammunition loaded in a Sig Sauer magazine, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## COUNT 2

## POSSESSION OF FIREARM BY A CONVICTED FELON
## [18 U.S.C. § 922(g)(1)]

On or about February 1, 2021, at or near Alexandria, Louisiana, in the Western District of Louisiana, the defendant, TREYMON D. REED, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate commerce, to-wit: a Glock 19, 9mm handgun, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## FORFEITURE ALLEGATION
## [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegations contained in Counts 1 and 2 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)].

Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1) as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offenses, pursuant to Title 18, United States Code, Section 924(d)(1). All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

_____
JAMILLA A. BYNOG, LA Bar No. 32807
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618